S. LANE TUCKER
United States Attorney

ADAM ALEXANDER
SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: adam.alexander@usdoj.gov
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:24-cr-00082-SLG-MMS |
|---|---|
| Plaintiff, | COUNT 1<br>CONSPIRACY TO COMMIT WIRE FRAUD |
| vs. | Vio. of 18 U.S.C. §§ 1343 and 1349 |
| ANGEL SERNA, | CRIMINAL FORFIETURE ALLEGATION |
| Defendant. | 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a) |

**INFORMATION**

The United States Attorney charges that:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1. Defendant Angel Serna was a resident of Chicago, Illinois.

*Pandemic Unemployment Assistance Programs*

2. Unemployment Insurance (UI) is federal-state system designed to help people who have lost their jobs by temporarily displacing part of their wages while they look for work. In addition to the state UI program, individuals who had lost work due to the COVID-19 pandemic in Alaska were eligible for benefits under the federal Coronavirus Aid, Relief, and Economic Security ("CARES") Act, signed into law on March 27, 2020. This Act created the Pandemic Unemployment Assistance ("PUA") program and Federal Pandemic Unemployment Compensation ("FPUC") program.

## COUNT 1

3. Paragraphs 1 through 2 of the Introductory Allegations section of this Indictment are realleged and fully incorporated herein by reference.

4. Beginning on a date unknown but no later than April 2020, and continuing through at least February 2021, within the District of Alaska and elsewhere, the defendant, ANGEL SERNA, together with others known and unknown to the government, knowingly and willfully and with the intent to further the objects of the conspiracy, combined, conspired, confederated, and agreed with each other and others known and unknown to the grand jury, to commit any offense against the United States, to wit: knowingly, and with the intent to defraud, devise, and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing such scheme and artifice, to knowingly transmit and cause to be transmitted in interstate commerce by means

of wire communication, certain writings, signs, signals, pictures, and sounds, in violation of 18 U.S.C. § 1343.

*Object of the Conspiracy*

5. It was the object of the conspiracy for the defendant and his co-conspirators to unjustly enrich themselves by submitting fraudulent applications for UI and PUA benefits using the identities of others, collecting and dividing the disbursed funds for their personal use.

*Manner and Means of the Conspiracy*

6. In furtherance of the conspiracy, and to accomplish its object, the following manners and means were used, among others:

7. The defendant, ANGEL SERNA, and his co-conspirators, through various means, recruited or otherwise induced individuals to provide them with their Personal Identifiable Information (PII), often representing that they would use the PII to obtain money for the individual from government relief programs associated with the COVID-19 pandemic.

8. ANGEL SERNA, and his co-conspirators, used the PII they acquired to file applications for UI and PUA benefits with the State of Alaska, the State of Illinois, the State of Michigan, and other states, making materially false representations within the applications, including (1) falsely stating that they were the person named on the application and (2) submitting fabricated documents in support of the claim for benefits that falsely reported, including those which reported fictitious or inflated income.

9. ANGEL SERNA, and his co-conspirators, through various means, acquired

access to the disbursed funds, transmitted the majority of the funds to an account they controlled to divide between themselves for their personal use, and remunerated only a fraction of the funds to the individual named on the application, misrepresenting the actual amount that had been disbursed.

10. Over the course of the scheme, ANGEL SERNA, and his co-conspirators, falsely and fraudulently filed at least 28 fraudulent applications for UI or PUA benefits using the PII of others, including Alaska residents, and collected at least $170,000 in fraudulently obtained UI, PUA, and CARES Act benefits.

11. All of which is in violation of 18 U.S.C. §§ 1343 and 1349.

A TRUE BILL

GRAND JURY FOREPERSON

/s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

/s/ Seth Brickey
SETH BRICKEY
Assistant U.S. Attorney
United States of America

/s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney

DATE: _____